LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for 4022 Emerald Wood Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MERRILL LYNCH MORTGAGE LOAN ASSET BACKED CERTIFICATES SERIES 2006-HE3,<br><br>Plaintiff,<br>vs.<br><br>4022 EMERALD WOOD TRUST, an unknown entity; DOE INDIVIDUALS I through X, inclusive, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00356-JCM-PAL<br><br>**DEFENDANT 4022 EMERALD WOOD TRUST'S MOTION TO SUBSTITUTE ATTORNEYS** |
| 4022 EMERALD WOOD TRUST, a Nevada Trust,<br><br>Counterclaimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS | |

| | |
|---|---|
| 1 | TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MERRILL LYNCH MORTGAGE LOAN ASSET BACKED CERTIFICATES SERIES 2006-HE3, |
| 2 | |
| 3 | |
| 4 | Counter-Defendants. |

Pursuant to FRCP Rule 74(d) and LR IA 11-6(c), Defendant/Counterclaimant 4022 Emerald Wood Trust ("Emerald Wood") hereby moves this court to substitute counsel. Luis A. Ayon, Esq. lead counsel for Defendant Emerald Wood, formerly of Maier Gutierrez Ayon, PLLC ("MGA Law"), has left MGA Law and has formed AYON LAW, PLLC ("AYON LAW").

Defendant Emerald Wood has chosen to remain with Luis A. Ayon, Esq., and engage AYON LAW for this matter. Defendant Emerald Wood has signed a substitution counsel. *See* Exhibit A. MGA Law has provided Ayon Law the case file and Luis A. Ayon is aware of all the deadlines in this matter.

Discovery in this matter does not close until October 4, 2017 [*see* Docket No. 8], and therefore, discovery and trial deadlines will not be effected by this substitution of counsel. Accordingly, Defendant Emerald Wood requests that this Court grant its motion to substitute counsel of record in this matter.

DATED this 12th day of May, 2017.

                                                      AYON LAW, PLLC

                                                      /s/ Luis A. Ayon
                                                      LUIS A. AYON, ESQ.
                                                      Nevada Bar No. 9752
                                                      9205 W. Russell Road
                                                      Building 3, Suite 240
                                                      Las Vegas, Nevada 89148

## ORDER

IT IS HEREBY ORDERED that LUIS A. AYON, ESQ. of the law firm of AYON LAW. PLLC, shall be substituted in place of the law firm MAIER GUTIERREZ AND ASSOCIATES.

Dated this 18th day of May, 2017

_____
UNITED STATES MAGISTRATE JUDGE

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **DEFENDANT 4022 EMERALD WOOD TRUST'S MOTION TO SUBSTITUTE ATTORNEYS** was made on this 12th day of May, 2017, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/ Luis A. Ayon
An Employee of Ayon Law, PLLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

```
SUBT
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
AYON LAW, PLLC
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone:   (702) 600-3200
Facsimile:   (702) 447-7936
E-Mail:      laa@ayonlaw.com

Attorneys for Defendant,
4022 Emerald Wood Trust
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MERRILL LYNCH MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE3<br><br>    Plaintiff,<br>vs.<br><br>4022 EMERALD WOOD TRUST, an unknown entity; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-003556-JCM-PAL<br><br>**SUBSTITUTION OF ATTORNEYS** |

LUIS A. AYON, ESQ., of AYON LAW, PLLC, is hereby substituted in as the attorneys for Defendant, 4022 Emerald Wood Trust, in the above-entitled action, in the place and stead of MAIER GUTIERREZ & ASSOCIATES.

_____
Client



We hereby accept the above and foregoing substitution as attorneys for Defendant, 4022 Emerald Wood Trust.

DATED this ___ day of _____, 2017.

AYON LAW, PLLC

_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

We hereby consent to the above substitution.

DATED this _11_ day of __May__, 2017.

MAIER GUTIERREZ & ASSOCIATES

_____
JASON R MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Ave
Las Vegas, Nevada 89148