1 **TYSON & MENDES LLP**
THOMAS E. MCGRATH
2 Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
3 CHRISTOPHER A. LUND
Nevada Bar No. 12435
4 Email: clund@tysonmendes.com
3960 Howard Hughes Pkwy, Suite 600
5 Las Vegas, Nevada 89169
Tel: (702) 724-2648
6 Fax: (702) 938-1048
*Attorneys for Defendant*
7 *Alexander Park Homeowners' Association, Inc.*



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE3, <br><br> Plaintiff, <br><br> vs. <br><br> 4022 EMERALD WOOD TRUST, an unknown entity; ALEXANDER PARK HOMEOWNERS' ASSOCIATION, INC.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No. 2:17-cv-00356-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY AND TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(SECOND REQUEST)** |

The parties file this joint stipulation and request the court to extend the close of discovery by thirty (30) days and to extend the dispositive motion deadlines and joint pretrial order deadlines accordingly. This is the parties' second request for an extension of discovery deadlines.

### I.  **INTRODUCTION**

This dispute involves an HOA foreclosure sale conducted by Defendant Alexander Park Homeowners' Association, Inc. ("Alexander Park"). Plaintiff U.S. Bank, National Association ("U.S. Bank") seeks to quiet title as to the foreclosed property and seeks other related relief

1

pertaining to the sale of the property. The primary issue is whether U.S. Bank's deed of trust survived the foreclosure sale.

## II. STATEMENT SPECIFYING THE DISCOVERY COMPLETED.

On October 17, 2017, the court entered a revised Scheduling Order ECF No. 33 and set the following deadlines:

| | |
|---|---|
| Discovery cut-off | February 5, 2018 |
| Expert disclosures | December 5, 2017 |
| Rebuttal expert disclosures | January 4, 2018 |
| Dispositive Motions | March 5, 2018 |
| Pretrial order | April 3, 2018 |

The following discovery has already been completed:

1. U.S. Bank served its initial disclosures on Defendant 4022 EMERALD WOOD TRUST ("Trust") on April 21, 2017,
2. Defendant Trust served its initial disclosures on U.S. Bank on April 20, 2017,
3. U.S. Bank propounded written discovery to Trust on May 9, 2017.
4. Defendant Trust served its First Supplement to its initial disclosures on June 26, 2017.
5. Defendant Trust responded to U.S. Bank's discovery requests on June 28, 2017.
6. U.S. Bank served its Initial Expert Disclosure on July 27, 2017.
7. Defendant Trust served its Rebuttal Expert Disclosure on August 28, 2017.
8. U.S. Bank has subpoenaed records from and the deposition of Alessi & Koenig, LLC's ("Alessi") 30(b)(6) witness on September 20, 2017 with the deposition scheduled for October 3, 2017.
9. U.S. Bank vacated the deposition of Alexander Park on September 29, 2017.
10. U.S. Bank vacated the deposition of Alessi & Koenig, LLC on October 3, 2017.
11. U.S. Bank propounded written discovery to Alexander Park on November 7, 2017.
12. Alexander Park responded to U.S. Bank's written discovery requests on January 3, 2018.
13. Alexander Park propounded written discovery to U.S. Bank on January 3, 2018.
14. Alexander Park provided initial disclosures on January 3, 2018.
15. U.S. Bank scheduled the deposition of Alessi & Koenig, LLC's 30(b)(6) witness for

January 15, 2018.

16. U.S. Bank vacated the deposition of Alessi & Koenig, LLC on January 5, 2018.

17. On January 30, 2018, U.S. Bank took the deposition of Alexander Park's 30(b)(6) witness.

18. Alexander Park scheduled the deposition of U.S. Bank's 30(b)(6) witness for February 5, 2018.

### III.  SPECIFIC DESCRIPTION OF THE DISCOVERY THAT HAS NOT BEEN COMPLETED.

The following discovery has not been completed:

1. Alexander Park has not taken the deposition of U.S. Bank's 30(b)(6) witness due to a scheduling conflict with U.S. Bank's witness.

### IV.  REASON WHY EXTENSION IS REQUIRED.

Discovery closes on February 5, 2018. Alexander Park was scheduled to take the deposition of U.S. Bank's 30(b)(6) witness on February 5, 2018.  Unfortunately, due to a scheduling conflict of U.S. Bank's witness, who is coming from Texas, the witness is no longer able to make it to Las Vegas for the February 5, 2018 deposition.

However, U.S. Bank's witness will be able to travel to Las Vegas on February 23, 2018 at which time Alexander Park could take the deposition. Therefore, to accommodate U.S. Bank's out-of-state witness's schedule, the parties would like to extend the discovery cut-off by 30 days in order to allow for this deposition.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## V. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY.

The parties agree that discovery will be extended thirty (30) days, and the scheduling order deadlines will be extended to the following:

|                      |                |
|----------------------|----------------|
| Discovery cut-off    | March 7, 2018  |
| Dispositive Motions  | April 6, 2018  |
| Pretrial order       | May 6, 2018    |

DATED this 5th day of February 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung*
EDGAR C. SMITH
Nevada Bar No. 5506
ROCK K. JUNG
Nevada Bar No. 10906
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plantiff, U.S. Bank, National Association*

TYSON & MENDES LLP

*/s/ Christopher A. Lund*
THOMAS E. MCGRATH
Nevada Bar No. 7086
CHRISTOPHER A. LUND
Nevada Bar No. 12435
8275 South Eastern Avenue, Suite 115
Las Vegas, Nevada 89123
*Attorneys for Defendant Alexander Park Homeowners' Association, Inc.*

AYON LAW, PLLC

*/s/ Luis A. Ayon*
LUIS A. AYON
ALLISON SCHMIDT
9205 West Russell Rd, Bldg. 3, Suite 240
Las Vegas, Nevada 89148
*Attorneys for Defendant 4022 Emerald Wood Trust*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2018