WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A., as Trustee for the Certificate Holders of the Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE3*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE3<br><br>Plaintiff,<br><br>vs.<br><br>4022 EMERALD WOOD TRUST, an unknown entity; ALEXANDER PARK HOMEOWNERS' ASSOCIATION, INC.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00356-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between, Plaintiff, U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A., as Trustee for the Certificate Holders of the Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE3 (hereinafter "U.S. Bank" or

1  "Plaintiff"), by and through its counsel of record, Rock K. Jung, Esq., and Defendant, 4022
2  Emerald Wood Trust (hereinafter "Emerald" or "Defendant"), by and through its counsel of
3  record, Luis A. Ayon, Esq., and Defendant, Alexander Park Homeowners' Association, Inc.
4  (hereinafter "HOA"), by and through its counsel of record, Christopher A. Lund, Esq.,
5  (collectively referred to as the "Parties"), that all claims between them in this matter, and any and
6  all amendments thereto, are hereby dismissed with prejudice, with each party to bear its own
7  attorney fees and costs.

        IT IS SO STIPULATED.

DATED this  30th  day of March, 2018.        DATED this  30th  day of March, 2018.

| **WRIGHT, FINLAY & ZAK, LLP** | **AYON LAW, PLLC** |
|---|---|
| /s/ Rock K. Jung, Esq. . | /s/ Luis A. Ayon, Esq. |
| Rock K. Jung, Esq. | Luis A. Ayon, Esq. |
| Nevada Bar No. 10906 | Nevada Bar No. 9752 |
| 7785 W. Sahara Ave., Suite 200 | 9205 West Russell Road, Bldg 3, Suite 240 |
| Las Vegas, NV 89117 | Las Vegas, NV 89148 |
| *Attorneys for Plaintiff, U.S. BANK, N.A.* | *Attorneys for Defendant, 4022 Emerald Wood Trust* |

DATED this  30th  day of March, 2018.

**TYSON & MENDES, LLP**

 /s/ Christopher A. Lund, Esq. .
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Christopher A. Lund, Esq.
Nevada Bar No. 12435
3960 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for Defendant, Alexander Park Homeowners' Association, Inc.*

**IT IS SO ORDERED**.

Dated: April 5, 2018

_____
UNITED STATES DISTRICT JUDGE